NUMBER
13-05-645-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

___________________________________________________________________

 

ASHLEY DANIELLE JAMES,                                       Appellant,

 

                                           v.

 

RAYFORD B. MITCHELL,                                            Appellee.

___________________________________________________________________

 

                  On
appeal from the 319th District Court 

                            of
Nueces County, Texas

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                Before
Justices Hinojosa, Yañez, and Garza

                       Memorandum
Opinion Per Curiam

 








Appellant, ASHLEY DANIELLE JAMES, attempted to perfect
an appeal from a judgment entered by the 319th District Court of
Nueces County, Texas, in cause number 04-4557-G.  Judgment in this cause was signed on April 29, 2005.  No timely
motion for new trial was filed.  Pursuant
to Tex. R. App. P. 26.1, appellant=s notice of appeal was
due on May 30, 2005, but was not filed until September
21, 2005.  

Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. 
Appellant was advised that, if the defect was not corrected within ten
days from the date of this Court=s order, the appeal
would be dismissed.  To date, no response
has been received from appellant.

The Court, having examined and fully considered the documents on file,
appellant=s failure to timely
perfect her appeal, and appellant=s failure to respond
to this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction.  The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

 

 

Memorandum Opinion
delivered and filed this

the 9th
day of March, 2006.